

Entered on Docket
February 16, 2011

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEVADA

5  IN RE:                                     Chapter 13
   GILBERTO PIZA-CASIANO                      BKS-10-34095-BAM
   MARIA ENARES PIZA-CASIANO
6                                             Hearing Date: N/A
              Debtors                         Hearing Time: N/A
7
   PRO SE DEBTOR
8  Attorney for Debtors

9        **EX-PARTE ORDER DISMISSING CHAPTER 13**
         **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10
11       As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

   filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan   as required within the
12
   forty-five (45) day period, which expired on February 13, 2011.
13
   . . .
14
   . . .
15
   . . .

1

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: February 16, 2011
9  (CJY)